UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-34572 |
| | ) | |
| Platinum Plumbing Company, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Granting First and Final Application for Compensation and Reimbursement of Expenses of FactorLaw, Special Counsel to the Trustee**

THIS MATTER COMING TO BE HEARD upon the First and Final Application of Law Office of William J. Factor Ltd. ("FactorLaw") for Compensation and Reimbursement of Expenses as special counsel to the Trustee (the "Application"), the Court having jurisdiction to consider the Application and the relief requested therein, due and sufficient notice of the Application having been given, and the Court having reviewed the Application,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. FactorLaw is awarded and allowed on a final basis fees in the amount of $14,025.95 and reimbursement of expenses in the amount of $16.10 (the "Allowed Compensation and Expenses") for services rendered to the Trustee during the period February 20, 2015 through May 19, 2017.

3. The Trustee is authorized to pay FactorLaw the Allowed Compensation and Expenses.

Enter: *Janet S. Baer*

Dated: 6-15-17

United States Bankruptcy Judge

**Prepared by:**
Z. James Liu (6313367)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: jliu@wfactorlaw.com

Rev: 20151029_bko