**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: PLATINUM PLUMBING COMPANY, | § | Case No. 14-34572 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 23, 2014. The undersigned trustee was appointed on September 23, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          56,103.81

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14,057.54 |
| Bank service fees | 960.02 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 41,086.25 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/18/2015 and the deadline for filing governmental claims was 03/23/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,055.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,055.19, for a total compensation of $6,055.19.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2018          By: /s/THOMAS E. SPRINGER
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-34572  
**Case Name:** PLATINUM PLUMBING COMPANY,  

**Period Ending:** 10/17/18

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 09/23/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 03/18/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Business Checking Account #4361 Harris Bank 1 E Main St St Charles, IL 60174 | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Security deposit for 204 Dearborn Ct Unit 121 Geneva, IL 60134 Garden 6 Joint Venture 968 A W. Lake St Roselle, IL 60172 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | A/R from 2006 Alexander Homes 144 Green Bay Road Winnetka, IL 60093 | 27,761.17 | 27,761.17 | | 0.00 | FA |
| 4 | A/R from 2009 Ashton Builders 417 S Sleight Stre Naperville, IL 60540 | 84,093.40 | 84,093.40 | | 0.00 | FA |
| 5 | A/R from 3/2014 Aspen Creek Partners 1045 Royal Bombay Court Naperville, IL 60563 | 546.80 | 546.80 | | 0.00 | FA |
| 6 | A/R from 2/2014 Biron Custom Homes 42W346 Hunters Hill Dr Campton Hills, IL 60175 | 1,283.50 | 1,283.50 | | 0.00 | FA |
| 7 | A/R from 1/2014 Blackberry Builders 44W767 Main Street Rd, Elburn, IL 60119 | 730.00 | 730.00 | | 0.00 | FA |
| 8 | A/R from 5/2013 Brad Drendel Builders 33 S. Huffman St. Naperville, IL 60540 | 5,839.01 | 5,839.01 | | 0.00 | FA |
| 9 | A/R from 2009 Bradley Land Group 1032 Ogden Ave Downers Grove, IL 60515 | 16,181.00 | 16,181.00 | | 0.00 | FA |
| 10 | A/R from 2008 Camus Development 326 N West Ave Elmhurst, IL 60126 | 28,083.97 | 28,083.97 | | 0.00 | FA |
| 11 | A/R from 4/2014 Cherco Creative Construction 721 Fairview Ln South Elgin, IL 60177 | 2,105.50 | 2,105.50 | | 0.00 | FA |
| 12 | A/R from 2011 Creber Construction Inc 244 E. Ogden Ave. Suite 111 Hinsdale, IL 60521 | 3,663.00 | 3,663.00 | | 0.00 | FA |
| 13 | A/R from 4/2014 David A. Schultz Architects PO Box 70 Medinah, IL 60157 | 3,236.80 | 3,236.80 | | 0.00 | FA |
| 14 | A/R from 4/2014 Geneva Cabinets 321 Stevens St Geneva, IL 60134 | 1,372.00 | 1,372.00 | | 0.00 | FA |
| 15 | A/R from 3/2014 Havlicek Builders 321 Stevens St Geneva, IL 60134 | 1,171.37 | 1,171.37 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34572  **Trustee:** (330640) THOMAS E. SPRINGER
**Case Name:** PLATINUM PLUMBING COMPANY,  **Filed (f) or Converted (c):** 09/23/14 (f)
  **§341(a) Meeting Date:** 10/20/14
**Period Ending:** 10/17/18  **Claims Bar Date:** 03/18/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | A/R from 2/2014 Hellyer Custom Builders<br>1999 Bucktail Lane, Suite 4 Sugar Grove, IL 60554 | 350.00 | 350.00 | | 0.00 | FA |
| 17 | A/R from 12/2013 Kevin Keller | 53.57 | 0.00 | | 0.00 | FA |
| 18 | A/R from 2007 Matthies Builders<br>4417 Downers Dr Downers Grove, IL 60515 | 866.93 | 866.93 | | 0.00 | FA |
| 19 | A/R from 4/2014 McMaster Custom Homes<br>1919 S Highland Ave #116 Lombard, IL 60148 | 14,713.00 | 14,713.00 | | 0.00 | FA |
| 20 | A/R from 2008 Micon Construction<br>6301 S Cass Ave Suite 300 Westmont, Il 60559 | 5,048.97 | 5,048.97 | | 0.00 | FA |
| 21 | A/R from 3/2014 Nehring Electrical<br>813 E Locust St DeKalb, IL 60115 | 916.83 | 916.83 | | 0.00 | FA |
| 22 | A/R from 2008 Prince Contractors<br>1921 WILSON STE A BATAVIA, IL 60510 | 15,771.26 | 15,771.26 | | 0.00 | FA |
| 23 | A/R from 4/2014 Rosenow Franzene<br>1325 Sycamore Rd DeKalb, IL 60115 | 7,382.75 | 7,382.75 | | 0.00 | FA |
| 24 | A/R from 4/2014 Shodeen<br>77 North First Street Geneva, IL 60134 | 144,044.01 | 144,044.01 | | 55,000.00 | FA |
| 25 | A/R from 4/2014 Larry Sreckov | 1,898.00 | 1,898.00 | | 0.00 | FA |
| 26 | A/R from 4/2014 Trinity Homes<br>11902 Swilly Court, ORLAND PARK, IL 60467 | 4,491.10 | 4,491.10 | | 0.00 | FA |
| 27 | A/R from 2010 Village Carpentry<br>1065 Zygmunt Cir Westmont, IL 60559 | 1,582.00 | 1,582.00 | | 0.00 | FA |
| 28 | A/R from 8/2011 Allan Gibson Address unknown | 2,174.30 | 2,174.30 | | 0.00 | FA |
| 29 | A/R from 8/2007 Ashton Builders<br>417 South Sleight St Naperville, IL 60540 | 2,202.47 | 2,202.47 | | 0.00 | FA |
| 30 | A/R from 4/2014 Loren Bollman<br>2S580 Derussey Ln Sugar Grove, IL 60554 | 130.80 | 130.80 | | 0.00 | FA |
| 31 | A/R from 2/2013 Brad Drendal Builders<br>428 Millcreek Ln Naperville, IL 60540 | 2,529.04 | 2,529.04 | | 0.00 | FA |
| 32 | A/R from 3/2014 Liz Bradshaw<br>111 N Greenwich Ln Geneva, IL 60134 | 300.00 | 300.00 | | 300.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34572  
**Case Name:** PLATINUM PLUMBING COMPANY,  

**Period Ending:** 10/17/18

**Trustee:** (330640)  THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 09/23/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 03/18/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 33 | A/R from 2/2014 Linda Brubaker<br>0N103 Alexander Geneva, IL 60134 | 115.00 | 115.00 | | 115.00 | FA |
| 34 | A/R from 8/2008 Camus Development<br>326 N West Ave Elmhurst, Illinois 60126 | 641.89 | 641.89 | | 0.00 | FA |
| 35 | A/R from 4/2013 Mike Conneely Address Unknown | 115.00 | 0.00 | | 0.00 | FA |
| 36 | A/R from 9/2009 Cutting Edge Construction<br>1707 Quincy Ave Ste 137 Naperville, Illinois 60540 | 551.42 | 551.42 | | 0.00 | FA |
| 37 | A/R from 5/2008 Dave Thomas Address Unknown | 4,555.02 | 4,555.02 | | 0.00 | FA |
| 38 | A/R from 4/2014 Robert Dieckman Address Unknown | 172.50 | 0.00 | | 0.00 | FA |
| 39 | A/R from 11/2012 Don Peterson<br>13688 Long Lake Ln Port Charlotte, FL 33953 | 350.00 | 350.00 | | 0.00 | FA |
| 40 | A/R from 4/2014 Jackie Fallon<br>817 S Thurlow Hinsdale, IL 60521 | 603.50 | 603.50 | | 0.00 | FA |
| 41 | A/R from 12/2013 Greg Ruf Address Unknown | 65.00 | 0.00 | | 0.00 | FA |
| 42 | A/R from 5/2006 Jim Ginger Address Unknown | 10,325.29 | 10,325.29 | | 0.00 | FA |
| 43 | A/R from 4/2013 Vanji Johnson Address Unknown | 222.00 | 222.00 | | 0.00 | FA |
| 44 | A/R from 7/2006 Kim Clifford Address Unknown<br>A/R from 7/2006 Kim Clifford Address Unknown | 685.00 | 685.00 | | 0.00 | FA |
| 45 | A/R from 4/2014 Lankenau Construction<br>28W041 Greenview Ave Warrenville, IL 60555 | 404.00 | 404.00 | | 404.00 | FA |
| 46 | A/R from 3/2014 Jason & Misty Lee<br>5029 Woodland Western Springs, IL 60558 | 17.81 | 0.00 | | 17.81 | FA |
| 47 | A/R from 2/2013 Brian & Danna Lee Address Unknow | 0.04 | 0.00 | | 0.00 | FA |
| 48 | A/R from 1/2014 Chris Lewis Address Unknown | 1,249.72 | 1,249.72 | | 0.00 | FA |
| 49 | A/R from 5/2007 Matthies Builders<br>4417 Downers Drive Downers Grove, IL 60515 | 1,249.95 | 1,249.95 | | 0.00 | FA |
| 50 | A/R from 7/2011 Micon Construction<br>P. O. Box 2225 West Chester, PA 19380 | 122.30 | 122.30 | | 0.00 | FA |
| 51 | A/R from 3/2014 Nehring Electrical  (u)<br>PO Box 965 DeKalb, IL 60115 | 230.00 | 230.00 | | 230.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34572  
**Case Name:** PLATINUM PLUMBING COMPANY,  

**Period Ending:** 10/17/18

**Trustee:** (330640)  THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 09/23/14 (f)  
**§341(a) Meeting Date:** 10/20/14  
**Claims Bar Date:** 03/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 52   A/R from 2010 Normandy Homes Address Unknown | 1,255.53 | 1,255.53 | | 0.00 | FA |
| 53   A/R from 12/2012 Painting by Keller<br>        Address Unknown | 37.00 | 37.00 | | 37.00 | FA |
| 54   A/R from 3/2009 Real Time Sports<br>        1120-22 West Devon Ave. Elk Grove Village, IL 60007 | 769.00 | 769.00 | | 0.00 | FA |
| 55   A/R from 10/2013 Vince Savandra<br>        761 56th St Clarendon Hills, IL 60514 | 783.66 | 783.66 | | 0.00 | FA |
| 56   A/R from 8/2012 Shodeen Homes<br>        916 Hawthorne Ln Geneva, IL 60134 | 417.42 | 417.42 | | 0.00 | FA |
| 57   A/R from 4/2014 Eric Shodeen<br>        916 Hawthorne Ln Geneva, IL 60134 | 358.85 | 358.85 | | 0.00 | FA |
| 58   A/R from 3/2014 Jean Smith<br>        26W110 Durfee Rd Wheaton, IL 60189 | 291.91 | 291.91 | | 0.00 | FA |
| 59   A/R from 2007 The Basement Guys<br>        1633 THORNWOOD DRIVE HEATH, OH 43056 | 1,838.12 | 1,838.12 | | 0.00 | FA |
| 60   A/R from 1/2010 The Horton Group<br>        125 S. Wacker Drive, Suite 2080 Chicago, IL 60606 | 2,103.96 | 2,103.96 | | 0.00 | FA |
| 61   A/R from 4/2013 Gail Wilkening Address Unknown | 115.00 | 115.00 | | 0.00 | FA |
| 62   1998 F250 Pickup Truck 235,000 miles<br>        204 Dearborn Ct Unit 121 Geneva, IL 60134<br>Asset abandoned on 2/6/15 | 500.00 | 0.00 | OA | 0.00 | FA |
| 63   1999 E350 Econoline Van 230,000 miles<br>        204 Dearborn Ct Unit 121 Geneva, IL 60134<br>Asset abandoned on 2/6/15 | 500.00 | 0.00 | OA | 0.00 | FA |
| 64   Office furniture, cabinets, computers, office<br>        supplies 204 Dearborn Ct Unit 121 Geneva, IL 60134 | 2,500.00 | 0.00 | | 0.00 | FA |
| 65   Pipe machines, generators, drills, shelves, saws<br>        snappers and rodder 204 Dearborn Ct Unit 121 Geneva, IL 60134 | 4,000.00 | 0.00 | | 0.00 | FA |
| 66   Pipe, fittings, glue, pumps, regulators, connect<br>        204 Dearborn Ct Unit 121 Geneva, IL 60134 | 3,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 14-34572
**Case Name:** PLATINUM PLUMBING COMPANY,

**Period Ending:** 10/17/18

**Trustee:** (330640)   THOMAS E. SPRINGER
**Filed (f) or Converted (c):** 09/23/14 (f)
**§341(a) Meeting Date:** 10/20/14
**Claims Bar Date:** 03/18/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 66   Assets   Totals (Excluding unknown values) | $423,168.44 | $409,744.52 | | $56,103.81 | $0.00 |

**Major Activities Affecting Case Closing:**

Estate tax returns prepared and prompt determination letter sent November 14, 2017. After response received from IRS on prompt determination letter, Trustee will review claims and file the Final report.

**Initial Projected Date Of Final Report (TFR):**   March 15, 2017      **Current Projected Date Of Final Report (TFR):**   October 3, 2018  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-34572  
**Case Name:** PLATINUM PLUMBING COMPANY,  
**Taxpayer ID #:** **-***5901  
**Period Ending:** 10/17/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/22/17 | {24} | Shodeen Homes LLC | Settlement Pursuant to Order | 1121-000 | 55,000.00 | | 55,000.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.73 | 54,976.27 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.43 | 54,899.84 |
| 10/09/17 | | The Law Office of William J. Factor, Ltd. | Accounts receivable | | 1,103.81 | | 56,003.65 |
| | {45} | | 404.00 | 1121-000 | | | 56,003.65 |
| | {46} | | 17.81 | 1121-000 | | | 56,003.65 |
| | {53} | | 37.00 | 1121-000 | | | 56,003.65 |
| | {33} | | 115.00 | 1121-000 | | | 56,003.65 |
| | {51} | | 230.00 | 1221-000 | | | 56,003.65 |
| | {32} | | 300.00 | 1121-000 | | | 56,003.65 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.34 | 55,918.31 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.43 | 55,837.88 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.63 | 55,760.25 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.22 | 55,672.03 |
| 02/13/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #14-34572, yearly bond premium | 2300-000 | | 15.49 | 55,656.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.73 | 55,581.81 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.94 | 55,501.87 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.16 | 55,424.71 |
| 05/15/18 | 102 | FACTORLAW | Pursuant to Order approving fees and expenses entered 6/15/17 | 3210-600 | | 14,025.95 | 41,398.76 |
| 05/15/18 | 103 | FACTORLAW | Pursuant to Order approving fees and expenses entered 6/15/17 | 3220-610 | | 16.10 | 41,382.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.98 | 41,299.68 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.42 | 41,242.26 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.27 | 41,178.99 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.20 | 41,117.79 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.54 | 41,086.25 |
| | | | **ACCOUNT TOTALS** | | 56,103.81 | 15,017.56 | **$41,086.25** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 56,103.81 | 15,017.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$56,103.81** | **$15,017.56** | |

{} Asset reference(s)

Printed: 10/17/2018 09:15 AM    V.14.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-34572 | | **Trustee:** | THOMAS E. SPRINGER (330640) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PLATINUM PLUMBING COMPANY, | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******7566 - Checking Account |
| **Taxpayer ID #:** | **-***5901 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 10/17/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| | | | Checking # ******7566 | | 56,103.81 | 15,017.56 | 41,086.25 |
| | | | | | $56,103.81 | $15,017.56 | $41,086.25 |

{} Asset reference(s)

Printed: 10/17/2018 09:15 AM   V.14.14

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 18, 2015

**Case Number:** 14-34572  
**Debtor Name:** PLATINUM PLUMBING COMPANY,

Page: 1

**Date:** October 17, 2018  
**Time:** 09:15:04 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,055.19 | $0.00 | 6,055.19 |
| 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5,034.00 | $0.00 | 5,034.00 |
| 200 | THOMAS E. SPRINGER<br>SPRINGER BROWN, LLC<br>300 S. County Farm Road ,Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $32.04 | $0.00 | 32.04 |
| 200 | LOIS WEST, CPA<br>Kutchins, Robbins, & Diamond, Ltd.<br>1101 Perimeter Drive, Suite #760<br>Schaumburg, IL 60173 | Admin Ch. 7 | | $1,823.50 | $0.00 | 1,823.50 |
| BOND 200 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>New Orleans, LA 70139 | Admin Ch. 7 | | $15.49 | $15.49 | 0.00 |
| SPECEXP 200 | FACTORLAW<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | Pursuant to Order approving compensation and expenses entered 6/15/17 | $16.10 | $16.10 | 0.00 |
| SPECFEES 200 | FACTORLAW<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | Pursuant to Order approving compensation entered 6/15/17 | $14,025.95 | $14,025.95 | 0.00 |
| 4 611 | FirstMerit Bank, N.A.<br>c/o FactorLaw<br>105 W. Madison St., Suite 1500<br>Chicago, IL 60602 | Secured | | $1,109,033.78 | $0.00 | 1,109,033.78 |
| 1 610 | Selective Insurance<br>Receivable Management Unit<br>40 Wantage Avenue<br>Branchville, NJ 07890 | Unsecured | Pursuant to Litigation Agreement/506(c), unsecured creditors are guaranteed to receive at least 10% of all accounts receivable collected. Total accounts receivable collected was $56,103.81 and 10% is $5,610.38. Claim 1 shall recieve its pro rata share which is 35% or $1,963.63. | $7,572.69 | $0.00 | 7,572.69 |
| 2 610 | Goode Industries, Inc. d/b/a M. Cooper Supply<br>Sosin & Arnold Ltd<br>9501 W 144th Place Ste 205<br>Orland Park, IL 60462 | Unsecured | Pursuant to Litigation Agreement/506(c), unsecured creditors are guaranteed to receive at least 10% of all accounts receivable collected. Total accounts receivable collected was $56,103.81 and 10% is $5,610.38. Claim 2 shall recieve its pro rata share which is 58% or $3,254.02. | $12,404.02 | $0.00 | 12,404.02 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 18, 2015

**Case Number:** 14-34572
**Debtor Name:** PLATINUM PLUMBING COMPANY,

Page: 2

**Date:** October 17, 2018
**Time:** 09:15:04 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | NexPump | Unsecured | | $1,433.69 | $0.00 | 1,433.69 |
| 610 | 820 Stover Dr Ste B | | Pursuant to Litigation Agreement/506(c), unsecured creditors are guaranteed to receive at least 10% of all accounts receivable collected. Total accounts receivable collected was $56,103.81 and 10% is $5,610.38. Claim 3 shall recieve its pro rata share which is 7% or $392.73. | | | |
| | Elburn, IL 60119 | | | | | |
| **<< Totals >>** | | | | 1,157,446.45 | 14,057.54 | 1,143,388.91 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-34572  
Case Name: PLATINUM PLUMBING COMPANY,  
Trustee Name: THOMAS E. SPRINGER  

**Balance on hand:** $ 41,086.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | FirstMerit Bank, N.A. | 1,109,033.78 | 1,109,033.78 | 0.00 | 22,531.14 |

Total to be paid to secured creditors: $ 22,531.14  
Remaining balance: $ 18,555.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER | 6,055.19 | 0.00 | 6,055.19 |
| Attorney for Trustee, Fees - THOMAS E. SPRINGER | 5,034.00 | 0.00 | 5,034.00 |
| Attorney for Trustee, Expenses - THOMAS E. SPRINGER | 32.04 | 0.00 | 32.04 |
| Accountant for Trustee, Fees - LOIS WEST, CPA | 1,823.50 | 0.00 | 1,823.50 |
| Other Fees: FACTORLAW | 14,025.95 | 14,025.95 | 0.00 |
| Other Expenses: FACTORLAW | 16.10 | 16.10 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD. | 15.49 | 15.49 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 12,944.73  
Remaining balance: $ 5,610.38

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 5,610.38

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 5,610.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,410.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Selective Insurance | 7,572.69 | 0.00 | 1,984.35 |
| 2 | Goode Industries, Inc. d/b/a M. Cooper Supply | 12,404.02 | 0.00 | 3,250.35 |
| 3 | NexPump | 1,433.69 | 0.00 | 375.68 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 5,610.38 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance: $  0.00

**UST Form 101-7-TFR (05/1/2011)**