UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PLATINUM PLUMBING COMPANY,** | ) | Bankruptcy Case No. 14-34572 |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 19, 2018, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**
Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

EDGAR P PETTI
13 SOUTH SEVENTH STREET
Geneva, IL 60134

**VIA REGULAR MAIL**

| | | |
|---|---|---|
| PLATINUM PLUMBING COMPANY, 2861 Evergreen Lane Aurora, IL 60502 | Selective Insurance Receivable Management Unit 40 Wantage Avenue Branchville, NJ 07890 | NexPump 820 Stover Dr Ste B Elburn, IL 60119 |
| LOIS WEST, CPA Kutchins, Robbins, & Diamond, Ltd. 1101 Perimeter Drive, Suite #760 Schaumburg, IL 60173 | Goode Industries, Inc. d/b/a M. Cooper Supply Sosin & Arnold Ltd 9501 W 144th Place Ste 205 Orland Park, IL 60462 | FirstMerit Bank, N.A. c/o FactorLaw 105 W. Madison St., Suite 1500 Chicago, IL 60602 |

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000