# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PLATINUM PLUMBING COMPANY,      §   Case No. 14-34572
§
§
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $278,020.62        Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$28,141.52        Claims Discharged
Without Payment: $15,800.02

Total Expenses of Administration:$27,962.29

3)  Total gross receipts of $      56,103.81      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of  $56,103.81 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,109,033.78 | $1,109,033.78 | $22,531.14 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 27,962.29 | 27,962.29 | 27,962.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 21,410.40 | 21,410.40 | 5,610.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,158,406.47 | $1,158,406.47 | $56,103.81 |

4)  This case was originally filed under Chapter 7 on September 23, 2014. The case was pending for 53 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2019            By:  /s/THOMAS E. SPRINGER
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R from 4/2014 Shodeen | 1121-000 | 55,000.00 |
| A/R from 3/2014 Liz Bradshaw | 1121-000 | 300.00 |
| A/R from 2/2014 Linda Brubaker | 1121-000 | 115.00 |
| A/R from 4/2014 Lankenau Construction | 1121-000 | 404.00 |
| A/R from 3/2014 Jason & Misty Lee | 1121-000 | 17.81 |
| A/R from 3/2014 Nehring Electrical | 1221-000 | 230.00 |
| A/R from 12/2012 Painting by Keller | 1121-000 | 37.00 |
| **TOTAL GROSS RECEIPTS** | | **$56,103.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | FirstMerit Bank, N.A. | 4210-000 | N/A | 1,109,033.78 | 1,109,033.78 | 22,531.14 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,109,033.78** | **$1,109,033.78** | **$22,531.14** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER | 2100-000 | N/A | 6,055.19 | 6,055.19 | 6,055.19 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 5,034.00 | 5,034.00 | 5,034.00 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 32.04 | 32.04 | 32.04 |
| Other - LOIS WEST, CPA | 3410-000 | N/A | 1,823.50 | 1,823.50 | 1,823.50 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.49 | 15.49 | 15.49 |
| Other - FACTORLAW | 3220-610 | N/A | 16.10 | 16.10 | 16.10 |
| Other - FACTORLAW | 3210-600 | N/A | 14,025.95 | 14,025.95 | 14,025.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.73 | 23.73 | 23.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.43 | 76.43 | 76.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 85.34 | 85.34 | 85.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.43 | 80.43 | 80.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.63 | 77.63 | 77.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.22 | 88.22 | 88.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.73 | 74.73 | 74.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.94 | 79.94 | 79.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.16 | 77.16 | 77.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.98 | 82.98 | 82.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.42 | 57.42 | 57.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.27 | 63.27 | 63.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.20 | 61.20 | 61.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.54 | 31.54 | 31.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$27,962.29** | **$27,962.29** | **$27,962.29** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Selective Insurance | 7100-000 | N/A | 7,572.69 | 7,572.69 | 1,984.35 |
| 2 | Goode Industries, Inc. d/b/a M. Cooper Supply | 7100-000 | N/A | 12,404.02 | 12,404.02 | 3,250.35 |
| 3 | NexPump | 7100-000 | N/A | 1,433.69 | 1,433.69 | 375.68 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $21,410.40 | $21,410.40 | $5,610.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34572

**Case Name:** PLATINUM PLUMBING COMPANY,

**Period Ending:** 03/15/19

**Trustee:**    (330640)    THOMAS E. SPRINGER

**Filed (f) or Converted (c):**    09/23/14 (f)

**§341(a) Meeting Date:**    10/20/14

**Claims Bar Date:**    03/18/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account #4361 Harris Bank<br>1 E Main St St Charles, IL 60174 | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Security deposit for 204 Dearborn Ct Unit 121<br>Geneva, IL 60134 Garden 6 Joint Venture 968 A W.<br>Lake St Roselle, IL 60172 | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | A/R from 2006 Alexander Homes 144 Green Bay<br>Road<br>Winnetka, IL 60093 | 27,761.17 | 27,761.17 | | 0.00 | FA |
| 4 | A/R from 2009 Ashton Builders 417 S Sleight Stre<br>Naperville, IL 60540 | 84,093.40 | 84,093.40 | | 0.00 | FA |
| 5 | A/R from 3/2014 Aspen Creek Partners<br>1045 Royal Bombay Court Naperville, IL 60563 | 546.80 | 546.80 | | 0.00 | FA |
| 6 | A/R from 2/2014 Biron Custom Homes<br>42W346 Hunters Hill Dr Campton Hills, IL 60175 | 1,283.50 | 1,283.50 | | 0.00 | FA |
| 7 | A/R from 1/2014 Blackberry Builders<br>44W767 Main Street Rd, Elburn, IL 60119 | 730.00 | 730.00 | | 0.00 | FA |
| 8 | A/R from 5/2013 Brad Drendel Builders<br>33 S. Huffman St. Naperville, IL 60540 | 5,839.01 | 5,839.01 | | 0.00 | FA |
| 9 | A/R from 2009 Bradley Land Group 1032 Ogden Ave<br>Downers Grove, IL 60515 | 16,181.00 | 16,181.00 | | 0.00 | FA |
| 10 | A/R from 2008 Camus Development<br>326 N West Ave Elmhurst, IL 60126 | 28,083.97 | 28,083.97 | | 0.00 | FA |
| 11 | A/R from 4/2014 Cherco Creative Construction<br>721 Fairview Ln South Elgin, IL 60177 | 2,105.50 | 2,105.50 | | 0.00 | FA |
| 12 | A/R from 2011 Creber Construction Inc<br>244 E. Ogden Ave. Suite 111 Hinsdale, IL 60521 | 3,663.00 | 3,663.00 | | 0.00 | FA |
| 13 | A/R from 4/2014 David A. Schultz Architects<br>PO Box 70 Medinah, IL 60157 | 3,236.80 | 3,236.80 | | 0.00 | FA |
| 14 | A/R from 4/2014 Geneva Cabinets<br>321 Stevens St Geneva, IL 60134 | 1,372.00 | 1,372.00 | | 0.00 | FA |
| 15 | A/R from 3/2014 Havlicek Builders<br>321 Stevens St Geneva, IL 60134 | 1,171.37 | 1,171.37 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 14-34572 | **Trustee:** (330640)  THOMAS E. SPRINGER |
| **Case Name:** PLATINUM PLUMBING COMPANY, | **Filed (f) or Converted (c):** 09/23/14 (f) |
| | **§341(a) Meeting Date:** 10/20/14 |
| **Period Ending:** 03/15/19 | **Claims Bar Date:** 03/18/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 16 | A/R from 2/2014 Hellyer Custom Builders<br>1999 Bucktail Lane, Suite 4 Sugar Grove, IL 60554 | 350.00 | 350.00 | | 0.00 | FA |
| 17 | A/R from 12/2013 Kevin Keller | 53.57 | 0.00 | | 0.00 | FA |
| 18 | A/R from 2007 Matthies Builders<br>4417 Downers Dr Downers Grove, IL 60515 | 866.93 | 866.93 | | 0.00 | FA |
| 19 | A/R from 4/2014 McMaster Custom Homes<br>1919 S Highland Ave #116 Lombard, IL 60148 | 14,713.00 | 14,713.00 | | 0.00 | FA |
| 20 | A/R from 2008 Micon Construction<br>6301 S Cass Ave Suite 300 Westmont, Il 60559 | 5,048.97 | 5,048.97 | | 0.00 | FA |
| 21 | A/R from 3/2014 Nehring Electrical<br>813 E Locust St DeKalb, IL 60115 | 916.83 | 916.83 | | 0.00 | FA |
| 22 | A/R from 2008 Prince Contractors<br>1921 WILSON STE A BATAVIA, IL 60510 | 15,771.26 | 15,771.26 | | 0.00 | FA |
| 23 | A/R from 4/2014 Rosenow Franzene<br>1325 Sycamore Rd DeKalb, IL 60115 | 7,382.75 | 7,382.75 | | 0.00 | FA |
| 24 | A/R from 4/2014 Shodeen<br>77 North First Street Geneva, IL 60134 | 144,044.01 | 144,044.01 | | 55,000.00 | FA |
| 25 | A/R from 4/2014 Larry Sreckov | 1,898.00 | 1,898.00 | | 0.00 | FA |
| 26 | A/R from 4/2014 Trinity Homes<br>11902 Swilly Court, ORLAND PARK, IL 60467 | 4,491.10 | 4,491.10 | | 0.00 | FA |
| 27 | A/R from 2010 Village Carpentry<br>1065 Zygmunt Cir Westmont, Il 60559 | 1,582.00 | 1,582.00 | | 0.00 | FA |
| 28 | A/R from 8/2011 Allan Gibson Address unknown | 2,174.30 | 2,174.30 | | 0.00 | FA |
| 29 | A/R from 8/2007 Ashton Builders<br>417 South Sleight St Naperville, IL 60540 | 2,202.47 | 2,202.47 | | 0.00 | FA |
| 30 | A/R from 4/2014 Loren Bollman<br>2S580 Derussey Ln Sugar Grove, IL 60554 | 130.80 | 130.80 | | 0.00 | FA |
| 31 | A/R from 2/2013 Brad Drendal Builders<br>428 Millcreek Ln Naperville, IL 60540 | 2,529.04 | 2,529.04 | | 0.00 | FA |
| 32 | A/R from 3/2014 Liz Bradshaw<br>111 N Greenwich Ln Geneva, IL 60134 | 300.00 | 300.00 | | 300.00 | FA |

Exhibit 8

Page:  3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-34572

**Case Name:** PLATINUM PLUMBING COMPANY,

**Period Ending:** 03/15/19

**Trustee:** (330640)   THOMAS E. SPRINGER

**Filed (f) or Converted (c):** 09/23/14 (f)

**§341(a) Meeting Date:** 10/20/14

**Claims Bar Date:** 03/18/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 33 | A/R from 2/2014 Linda Brubaker<br>0N103 Alexander Geneva, IL 60134 | 115.00 | 115.00 | | 115.00 | FA |
| 34 | A/R from 8/2008 Camus Development<br>326 N West Ave Elmhurst, Illinois 60126 | 641.89 | 641.89 | | 0.00 | FA |
| 35 | A/R from 4/2013 Mike Conneely Address Unknown | 115.00 | 0.00 | | 0.00 | FA |
| 36 | A/R from 9/2009 Cutting Edge Construction<br>1707 Quincy Ave Ste 137 Naperville, Illinois 60540 | 551.42 | 551.42 | | 0.00 | FA |
| 37 | A/R from 5/2008 Dave Thomas Address Unknown | 4,555.02 | 4,555.02 | | 0.00 | FA |
| 38 | A/R from 4/2014 Robert Dieckman Address Unknown | 172.50 | 0.00 | | 0.00 | FA |
| 39 | A/R from 11/2012 Don Peterson<br>13688 Long Lake Ln Port Charlotte, FL 33953 | 350.00 | 350.00 | | 0.00 | FA |
| 40 | A/R from 4/2014 Jackie Fallon<br>817 S Thurlow Hinsdale, IL 60521 | 603.50 | 603.50 | | 0.00 | FA |
| 41 | A/R from 12/2013 Greg Ruf Address Unknown | 65.00 | 0.00 | | 0.00 | FA |
| 42 | A/R from 5/2006 Jim Ginger Address Unknown | 10,325.29 | 10,325.29 | | 0.00 | FA |
| 43 | A/R from 4/2013 Vanji Johnson Address Unknown | 222.00 | 222.00 | | 0.00 | FA |
| 44 | A/R from 7/2006 Kim Clifford Address Unknown<br>A/R from 7/2006 Kim Clifford Address Unknown | 685.00 | 685.00 | | 0.00 | FA |
| 45 | A/R from 4/2014 Lankenau Construction<br>28W041 Greenview Ave Warrenville, IL 60555 | 404.00 | 404.00 | | 404.00 | FA |
| 46 | A/R from 3/2014 Jason & Misty Lee<br>5029 Woodland Western Springs, IL 60558 | 17.81 | 0.00 | | 17.81 | FA |
| 47 | A/R from 2/2013 Brian & Danna Lee Address Unknow | 0.04 | 0.00 | | 0.00 | FA |
| 48 | A/R from 1/2014 Chris Lewis Address Unknown | 1,249.72 | 1,249.72 | | 0.00 | FA |
| 49 | A/R from 5/2007 Matthies Builders<br>4417 Downers Drive Downers Grove, IL 60515 | 1,249.95 | 1,249.95 | | 0.00 | FA |
| 50 | A/R from 7/2011 Micon Construction<br>P. O. Box 2225 West Chester, PA 19380 | 122.30 | 122.30 | | 0.00 | FA |
| 51 | A/R from 3/2014 Nehring Electrical  (u)<br>PO Box 965 DeKalb, IL 60115 | 230.00 | 230.00 | | 230.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| | |
|---|---|
| **Case Number:** 14-34572 | **Trustee:** (330640) THOMAS E. SPRINGER |
| **Case Name:** PLATINUM PLUMBING COMPANY, | **Filed (f) or Converted (c):** 09/23/14 (f) |
| | **§341(a) Meeting Date:** 10/20/14 |
| **Period Ending:** 03/15/19 | **Claims Bar Date:** 03/18/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 52 | A/R from 2010 Normandy Homes Address Unknown | 1,255.53 | 1,255.53 | | 0.00 | FA |
| 53 | A/R from 12/2012 Painting by Keller Address Unknown | 37.00 | 37.00 | | 37.00 | FA |
| 54 | A/R from 3/2009 Real Time Sports 1120-22 West Devon Ave. Elk Grove Village, IL 60007 | 769.00 | 769.00 | | 0.00 | FA |
| 55 | A/R from 10/2013 Vince Savandra 761 56th St Clarendon Hills, IL 60514 | 783.66 | 783.66 | | 0.00 | FA |
| 56 | A/R from 8/2012 Shodeen Homes 916 Hawthorne Ln Geneva, IL 60134 | 417.42 | 417.42 | | 0.00 | FA |
| 57 | A/R from 4/2014 Eric Shodeen 916 Hawthorne Ln Geneva, IL 60134 | 358.85 | 358.85 | | 0.00 | FA |
| 58 | A/R from 3/2014 Jean Smith 26W110 Durfee Rd Wheaton, IL 60189 | 291.91 | 291.91 | | 0.00 | FA |
| 59 | A/R from 2007 The Basement Guys 1633 THORNWOOD DRIVE HEATH, OH 43056 | 1,838.12 | 1,838.12 | | 0.00 | FA |
| 60 | A/R from 1/2010 The Horton Group 125 S. Wacker Drive, Suite 2080 Chicago, IL 60606 | 2,103.96 | 2,103.96 | | 0.00 | FA |
| 61 | A/R from 4/2013 Gail Wilkening Address Unknown | 115.00 | 115.00 | | 0.00 | FA |
| 62 | 1998 F250 Pickup Truck 235,000 miles 204 Dearborn Ct Unit 121 Geneva, IL 60134 Asset abandoned on 2/6/15 | 500.00 | 0.00 | OA | 0.00 | FA |
| 63 | 1999 E350 Econoline Van 230,000 miles 204 Dearborn Ct Unit 121 Geneva, IL 60134 Asset abandoned on 2/6/15 | 500.00 | 0.00 | OA | 0.00 | FA |
| 64 | Office furniture, cabinets, computers, office supplies 204 Dearborn Ct Unit 121 Geneva, IL 60134 | 2,500.00 | 0.00 | | 0.00 | FA |
| 65 | Pipe machines, generators, drills, shelves, saws snappers and rodder 204 Dearborn Ct Unit 121 Geneva, IL 60134 | 4,000.00 | 0.00 | | 0.00 | FA |
| 66 | Pipe, fittings, glue, pumps, regulators, connect 204 Dearborn Ct Unit 121 Geneva, IL 60134 | 3,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 5

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 14-34572 | Trustee: (330640) THOMAS E. SPRINGER |
| Case Name: PLATINUM PLUMBING COMPANY, | Filed (f) or Converted (c): 09/23/14 (f) |
| | §341(a) Meeting Date: 10/20/14 |
| Period Ending: 03/15/19 | Claims Bar Date: 03/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 66 Assets Totals (Excluding unknown values) | $423,168.44 | $409,744.52 | | $56,103.81 | $0.00 |

**Major Activities Affecting Case Closing:**

Estate tax returns prepared and prompt determination letter sent November 14, 2017. After response received from IRS on prompt determination letter, Trustee will review claims and file the Final report.

| Initial Projected Date Of Final Report (TFR): | March 15, 2017 | Current Projected Date Of Final Report (TFR): | October 3, 2018 (Actual) |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-34572
**Case Name:** PLATINUM PLUMBING COMPANY,

**Taxpayer ID #:** **-***5901
**Period Ending:** 03/15/19

**Trustee:** THOMAS E. SPRINGER (330640)
**Bank Name:** Rabobank, N.A.
**Account:** ******7566 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/17 | {24} | Shodeen Homes LLC | Settlement Pursuant to Order | 1121-000 | 55,000.00 | | 55,000.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.73 | 54,976.27 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.43 | 54,899.84 |
| 10/09/17 | | The Law Office of William J. Factor, Ltd. | Accounts receivable | | 1,103.81 | | 56,003.65 |
| | {45} | | 404.00 | 1121-000 | | | 56,003.65 |
| | {46} | | 17.81 | 1121-000 | | | 56,003.65 |
| | {53} | | 37.00 | 1121-000 | | | 56,003.65 |
| | {33} | | 115.00 | 1121-000 | | | 56,003.65 |
| | {51} | | 230.00 | 1221-000 | | | 56,003.65 |
| | {32} | | 300.00 | 1121-000 | | | 56,003.65 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.34 | 55,918.31 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.43 | 55,837.88 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.63 | 55,760.25 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.22 | 55,672.03 |
| 02/13/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #14-34572, yearly bond premium | 2300-000 | | 15.49 | 55,656.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.73 | 55,581.81 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.94 | 55,501.87 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.16 | 55,424.71 |
| 05/15/18 | 102 | FACTORLAW | Pursuant to Order approving fees and expenses entered 6/15/17 | 3210-600 | | 14,025.95 | 41,398.76 |
| 05/15/18 | 103 | FACTORLAW | Pursuant to Order approving fees and expenses entered 6/15/17 | 3220-610 | | 16.10 | 41,382.66 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.98 | 41,299.68 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.42 | 41,242.26 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.27 | 41,178.99 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.20 | 41,117.79 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.54 | 41,086.25 |
| 11/21/18 | 104 | THOMAS E. SPRINGER | Dividend paid 100.00% on $6,055.19, Trustee Compensation;  Reference: | 2100-000 | | 6,055.19 | 35,031.06 |
| 11/21/18 | 105 | LOIS WEST, CPA | Dividend paid 100.00% on $1,823.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,823.50 | 33,207.56 |
| 11/21/18 | 106 | Selective Insurance | Dividend paid 100.00% on $7,572.69; Claim# 1; Filed: $7,572.69; Reference: | 7100-000 | | 1,984.35 | 31,223.21 |

Subtotals :   $56,103.81   $24,880.60

{} Asset reference(s)

Printed: 03/15/2019 01:58 PM    V.14.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-34572 |
| Case Name: | PLATINUM PLUMBING COMPANY, |
| Taxpayer ID #: | **-***5901 |
| Period Ending: | 03/15/19 |

| | |
|---|---|
| Trustee: | THOMAS E. SPRINGER (330640) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******7566 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/18 | 107 | Goode Industries, Inc. d/b/a M. Cooper Supply | Dividend paid 100.00% on $12,404.02; Claim# 2; Filed: $12,404.02; Reference: | 7100-000 | | 3,250.35 | 27,972.86 |
| 11/21/18 | 108 | NexPump | Dividend paid 100.00% on $1,433.69; Claim# 3; Filed: $1,433.69; Reference: | 7100-000 | | 375.68 | 27,597.18 |
| 11/21/18 | 109 | FirstMerit Bank, N.A. | Dividend paid  2.03% on $1,109,033.78; Claim# 4; Filed: $1,109,033.78; Reference: | 4210-000 | | 22,531.14 | 5,066.04 |
| 11/21/18 | 110 | THOMAS E. SPRINGER | Combined Check for Claims#et_al. | | | 5,066.04 | 0.00 |
| | | | Dividend paid 100.00%          5,034.00 on $5,034.00;  Claim# ; Filed: $5,034.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%          32.04 on $32.04;  Claim# ; Filed: $32.04 | 3120-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 56,103.81 | 56,103.81 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | Subtotal | | 56,103.81 | 56,103.81 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $56,103.81 | $56,103.81 | |

| Net Receipts : | 56,103.81 |
|---|---|
| Net Estate : | $56,103.81 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7566 | 56,103.81 | 56,103.81 | 0.00 |
| | $56,103.81 | $56,103.81 | $0.00 |